T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street
Las Vegas, Nevada 89101
Tele: (702) 385-3850
Fax: (702) 385-3855
louis@palazzolawfirm.com
***Attorney for Jeremy Soffe***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:25-cr-00353-CDS-BNW-1 |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| JEREMY MICHAEL SOFFE, | |
| Defendant. | |

Defendant Jeremy Michael Soffe, hereby substitutes T. Louis Palazzo, Esq. of Palazzo Law Firm, 520 S. Fourth Street, 2nd Floor, Las Vegas, Nevada 89101, Telephone (702) 385-3850, Facsimile (702) 385-3855, louis@palazzolawfirm.com and office@palazzolawfirm.com, as attorney of record in the place and stead of Heidi A. Ojeda, Esq. of the Federal Public Defender's Office.

DATED:  January 12, 2026.          */s/ T. Louis Palazzo, Esq.*
                                   *Signed at the direction of Jeremy M. Soffe*
                                   Jeremy Michael Soffe

I consent to the above substitution.

DATED:  January 12, 2026.          */s/ Heidi A. Ojeda*
                                   Heidi A. Ojeda, Esq.
                                   Assistant Federal Public Defender

Page 1 of 2

PALAZZO LAW FIRM
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
(702) 385-3850

I have been retained by Defendant Jeremy Soffe and accept the above substitution. I am duly admitted to practice in this District.

DATED:  January 12, 2026.          /s/ T. Louis Palazzo_____
                                                      T. Louis Palazzo, Esq.
                                                      Palazzo Law Firm

**IT IS SO ORDERED.**

DATED:  January  16 , 2026.

_____
UNITED STATES MAGISTRATE JUDGE

**PALAZZO LAW FIRM**
**520 South Fourth Street, Second Floor**
**Las Vegas, Nevada 89101**
**(702) 385-3850**

Page 2 of 2