# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff

v.

JEREMY MICHAEL SOFFE,

        Defendant

Case No.: 2:25-cr-00353-CDS-BNW

**ORDER OF DISMISSAL**

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the indictment against defendant Jeremy Michael Soffe.

TODD BLANCHE
Acting Attorney General of the United States

By_____/s/ Tina Snellings_____
TINA SNELLINGS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Leave of Court is granted for the filing of the above dismissal. The Clerk of Court is kindly instructed to close this case.

Dated: June 1, 2026

Cristina D. Silva
United States District Judge